Glenn P. LaCedra
307 Huntington Ave
Boston, MA 02115

Clerk of the Court
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE: LaCedra vs. Winn, Case No. 04CV10941 MLW

Dear Clerk,

Please consider this letter as a change of address notification. I am the petitioner and my new address is as follows:

As of 7-30-04 → Glenn P. LaCedra
Coolidge House
307 Huntington Avenue
Boston, MA 02115

I would appreciate your assistance in this very important matter.

Thank you,

Glenn P. LaCedra