UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
GLENN P. LACEDRA,            )
        Petitioner,          )
                             )
        v.                   )
                             )    C.A. NO. 04-10941-MLW
DAVID L. WINN,               )
        Respondent.          )
```

<u>O R D E R</u>

WOLF, D. J.

    On May 12, 2004, Petitioner, Glenn P. LaCedra, then a prisoner confined at FMC Devens[1], filed a petition for a writ of habeas corpus under Section 2241 and submitted the $5 filing fee.

    ACCORDINGLY,

    (1) The Clerk shall serve a copy of this Order and the petition by certified mail upon (i) the respondent David Winn, Warden, FMC Devens, P.O. Box 879, Ayer, Massachusetts 01432; AND (ii) the United States Attorney;

    (2) The Respondent shall file an answer or other responsive pleading within 20 days of receipt of the petition.

SO ORDERED.

<u>October 16, 2005</u>                <u>/s/ MARK L. WOLF         </u>
DATE                                  UNITED STATES DISTRICT JUDGE

---

[1] Petitioner currently appears to be serving at Coolidge House under the supervision of its Director, Brenda O'Donnell.