UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

GLENN P. LACEDRA,                       :
                                        :
                    Petitioner,         :
        v.                              :       Civil Action No. 04-10941-MLW
                                        :
DAVID L. WINN,                          :
                                        :
                    Respondent.         :
---------------------------------------------------------------x

## DECLARATION OF ANN H. ZGRODNIK

I, Ann Zgrodnik, hereby make the following declaration:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons, at the Federal Medical Center in Devens, Massachusetts (FMC Devens), as an Attorney Advisor. The legal office, from which I am located, is the Consolidated Legal Center - Devens. I have been employed at this position since approximately February 10, 2002.

2. As an Attorney Advisor, I have access to numerous records maintained in the ordinary course of business at FMC Devens regarding federal prisoners, including, but not limited to, documentary records, Judgment and Commitment files, and computerized records maintained on the Bureau of Prisons computerized data base, SENTRY.

3. On October 26, 2005, I ran a SENTRY search to determine the status of Glenn P. Lacedra, Reg. No. 20963-038, with regard to his CCC placement. Review of his Public Information Data Sheet reveals that Petitioner Lacedra was furloughed to an unescorted transfer to a CCC placement on July 26, 2004. At that time, he was designated to the Coolidge House in Boston, Massachusetts. Subsequently on October 22, 2004, Petitioner Lacedra was released from BOP custody via Good Conduct Time Release. A true and accurate copy of the Public Information Inmate Data sheet for Petitioner Glenn P. Lacedra is attached as Document A.

4. Attached hereto please find true and correct copies of the following documents:

    A.   Public Information Data for inmate Glenn P. Lacedra, Reg. No. 20963-038.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 26th day of October, 2005.

_____
Ann H. Zgrodnik
Attorney Advisor
Consolidated Legal Center - Devens

```
                          PUBLIC INFORMATION
                              INMATE DATA
                            AS OF 10-26-2005

REGNO..: 20963-038 NAME: LACEDRA, GLENN P
COMP NO: 010          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: CBN / GOOD CONDUCT TIME RELEASE
                      PHONE..: 617-565-4293    FAX: 617-565-4297
                                               RACE/SEX...: WHITE / MALE
FBI NUMBER.: 524103AA2                         DOB/AGE....: 08-04-1961 / 44
ACTUAL RELEASE METH.: GCT REL
ACTUAL RELEASE DATE.: 10-22-2004
------------------------------ ADMIT/RELEASE HISTORY ------------------------------
FCL    ASSIGNMENT DESCRIPTION               START DATE/TIME STOP  DATE/TIME
CBN    GCT REL    GOOD CONDUCT TIME REL (CCCA) 10-22-2004 1520 CURRENT
CBN    A-DES      DESIGNATED, AT ASSIGNED FACIL 07-26-2004 0946 10-22-2004 1520
7-F    RELEASE    RELEASED FROM IN-TRANSIT FACL 07-26-2004 0946 07-26-2004 0946
7-F    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-26-2004 0812 07-26-2004 0946
DEV    FURL TRANS FURL W/UNESCORTED TRF TO A CCC 07-26-2004 0812 07-26-2004 0812
DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL 03-01-2004 1318 07-26-2004 0812
7-F    RELEASE    RELEASED FROM IN-TRANSIT FACL 03-01-2004 1318 03-01-2004 1318
7-F    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-01-2004 0830 03-01-2004 1318

G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 20963-038 NAME: LACEDRA, GLENN P
COMP NO: 010          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: CBN / GOOD CONDUCT TIME RELEASE
                      PHONE..: 617-565-4293    FAX: 617-565-4297
DEV    FED WRIT    RELEASE ON FEDERAL WRIT      03-01-2004 0830 03-01-2004 1318
DEV    A-DES       DESIGNATED, AT ASSIGNED FACIL 10-09-2003 1008 03-01-2004 0830
I-T    RELEASE     RELEASED FROM IN-TRANSIT FACL 10-09-2003 1008 10-09-2003 1008
I-T    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-19-2003 0530 10-09-2003 1008
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 09-19-2003 0530 09-19-2003 0530
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-18-2003 0903 09-19-2003 0530
DEV    FED WRIT    RELEASE ON FEDERAL WRIT      09-18-2003 0903 10-09-2003 1008
DEV    A-DES       DESIGNATED, AT ASSIGNED FACIL 06-20-2003 1226 09-18-2003 0903
7-F    RELEASE     RELEASED FROM IN-TRANSIT FACL 06-20-2003 1226 06-20-2003 1226
7-F    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 06-20-2003 0834 06-20-2003 1226
DEV    FED WRIT    RELEASE ON FEDERAL WRIT      06-20-2003 0834 06-20-2003 1226
DEV    A-DES       DESIGNATED, AT ASSIGNED FACIL 02-09-1999 1302 06-20-2003 0834
S13    RELEASE     RELEASED FROM IN-TRANSIT FACL 02-09-1999 1302 02-09-1999 1302


G0002         MORE PAGES TO FOLLOW . . .
```

```
   DEVBS   Case 1:04-cv-10941-MLW   Document 53   Filed 11/15/2005   Page 6 of 11  10-26-2005
   PAGE 003                *         PUBLIC INFORMATION                     *       14:01:48
                                     INMATE DATA
                                   AS OF 10-22-2004
```

```
REGNO..: 20963-038 NAME: LACEDRA, GLENN P
COMP NO: 010         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: CBN / GOOD CONDUCT TIME RELEASE
                     PHONE..: 617-565-4293   FAX: 617-565-4297
PRE-RELEASE PREPARATION DATE: 04-23-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 10-22-2004 VIA GCT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: MASSACHUSETTS
DOCKET NUMBER...................: 1:96CR10074-001
JUDGE...........................: LINDSAY
DATE SENTENCED/PROBATION IMPOSED: 02-19-1997
DATE COMMITTED..................: 04-14-1997
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

G0002         MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 20963-038 NAME: LACEDRA, GLENN P
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: CBN / GOOD CONDUCT TIME RELEASE
                   PHONE..: 617-565-4293   FAX: 617-565-4297

                   FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:    $150.00        $00.00          $00.00         $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

--------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  123
OFF/CHG: 18:844(I) ATTEMPTED MALICIOUS DEST. OF PROPERTY BY MEANS OF
         EXPLOSIVE.

 SENTENCE PROCEDURE.............: 3559 VCCLEA VIOLENT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS


G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 20963-038 NAME: LACEDRA, GLENN P
COMP NO: 010         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: CBN / GOOD CONDUCT TIME RELEASE
                     PHONE..: 617-565-4293   FAX: 617-565-4297
 TERM OF SUPERVISION............:      3 YEARS
 DATE OF OFFENSE................: 06-07-1995

--------------------------PRIOR OBLIGATION NO: 020 --------------------------
OFFENSE CODE....:  138
OFF/CHG: CT.2, 26:5861(C) POSS. UNLAWFULLY MADE DESTRUCTIVE DEVICE.
         CT.3, 26:5861(D) POSS. UNREGISTERED DESTRUCTIVE DEVICE.

 SENTENCE PROCEDURE.............: 3559 VCCLEA VIOLENT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CC. TO OBLGS 010


G0002         MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 20963-038 NAME: LACEDRA, GLENN P
COMP NO: 010          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: CBN / GOOD CONDUCT TIME RELEASE
                      PHONE..: 617-565-4293    FAX: 617-565-4297
 DATE OF OFFENSE..................: 06-07-1995

-----------------------------PRIOR COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-17-1999 AT DEV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010, 010 020

DATE COMPUTATION BEGAN..........: 02-19-1997
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 VCCLEA VIOLENT
TOTAL TERM IN EFFECT............:  120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   10 YEARS
AGGREGATED TERM OF SUPERVISION..:    3 YEARS

G0002         MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 20963-038 NAME: LACEDRA, GLENN P
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: CBN / GOOD CONDUCT TIME RELEASE
                    PHONE..: 617-565-4293    FAX: 617-565-4297
EARLIEST DATE OF OFFENSE........: 06-07-1995

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     01-26-1996    02-18-1997

TOTAL PRIOR CREDIT TIME.........: 390
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 458
TOTAL GCT EARNED................: 458
STATUTORY RELEASE DATE PROJECTED: 10-23-2004
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 01-24-2006


G0002         MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 20963-038 NAME: LACEDRA, GLENN P
COMP NO: 010         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: CBN / GOOD CONDUCT TIME RELEASE
                     PHONE..: 617-565-4293    FAX: 617-565-4297
ACTUAL SATISFACTION DATE........: 10-22-2004
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: CBN
ACTUAL SATISFACTION KEYED BY....: RAD

DAYS REMAINING..................: 458
FINAL PUBLIC LAW DAYS...........: 1




S0039        ALL CURRENT COMPS ARE SATISFIED
```