```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
GLENN P. LACEDRA              )
                              )
       Petitioner,            )
                              )    C.A. No. 04-10941-MLW
v.                            )
                              )
DAVID WINN,                   )
                              )
       Respondent.            )
_____)
```

**NOTICE OF APPEARANCE**

To the Clerk:

   Please enter my appearance in the above-captioned case as counsel for the Respondent, David Winn.

                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney

                                By: /s/Christopher Alberto
                                   Christopher Alberto
                                   Assistant U.S. Attorney
                                   John J. Moakley U.S.
                                   Courthouse
                                   1 Courthouse Way, Suite 9200
                                   Boston, MA  02210
Dated: November 16, 2005           (617) 748-3100

CERTIFICATE OF SERVICE

   I hereby certify that the foregoing document was served upon the pro se Petitioner by mail on November 16, 2005 to the most recent address provided by the United States Probation Office as follows: 118 Pearl Avenue, Revere, MA 02151

                                    /s/Christopher Alberto
                                   Christopher Alberto
                                   Assistant U.S. Attorney

                                  1